| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-11689 / CMG**

Jose Ramon Rodriguez

Petition Filed Date: 01/31/2020
341 Hearing Date: 02/27/2020
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/07/2020 | $650.00 | 26245970122 | 02/28/2020 | $650.00 | 65957650 | 03/30/2020 | $867.00 | 66691490 |
| 05/04/2020 | $867.00 | 67602660 | 05/29/2020 | $867.00 | 68222040 | 07/02/2020 | $867.00 | 69103250 |
| 08/03/2020 | $867.00 | 69795900 | 08/31/2020 | $867.00 | 70448730 | 10/05/2020 | $867.00 | 71354140 |
| 11/04/2020 | $867.00 | 72112030 | 11/30/2020 | $867.00 | 72629500 | 12/30/2020 | $867.00 | 73383150 |
| 02/02/2021 | $867.00 | 74153460 | | | | | | |

**Total Receipts for the Period: $10,837.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,837.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose Ramon Rodriguez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paola D. Vera, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SHEFFIELD FINANCIAL<br>»» 2019 SUZUKI SUPERMOTO | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | TD RETAIL CARD SERVICES<br>»» RAYMOUR & FLANIGAN | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,653.92 | $368.82 | $5,285.10 |
| 4 | QUICKEN LOANS INC<br>»» P/662 ELIZABETH ST/1ST MTG | Mortgage Arrears | $232.15 | $232.15 | $0.00 |
| 5 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2017 NISSAN PATHFINDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | ROCKLOANS MARKETPLACE, LLC<br>»» CROSS RIVER BANK | Unsecured Creditors | $13,198.77 | $860.99 | $12,337.78 |
| 7 | EMERGENCY PHYSICIANS ASSOCIATES N. JERS | Unsecured Creditors | $869.00 | $56.69 | $812.31 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $12,168.14 | $793.76 | $11,374.38 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $24,164.58 | $1,576.32 | $22,588.26 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $27,044.17 | $1,764.15 | $25,280.02 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $11,419.96 | $744.95 | $10,675.01 |
| 12 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/GOOGLE | Unsecured Creditors | $388.00 | $16.06 | $371.94 |
| 13 | HSBC BANK USA, NA | Unsecured Creditors | $4,061.62 | $264.95 | $3,796.67 |

| 14 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $8,490.90 | $553.87 | $7,937.03 |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,334.81 | $138.39 | $2,196.42 |
| 16 | SYNCHRONY BANK<br>»» PAYPAL CREDIT | Unsecured Creditors | $4,616.38 | $301.14 | $4,315.24 |
| 17 | SYNCHRONY BANK<br>»» DISCOUNT TIRE | Unsecured Creditors | $918.18 | $59.89 | $858.29 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/JET BLUE | Unsecured Creditors | $21,298.64 | $1,389.36 | $19,909.28 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,837.00 | Plan Balance: | $40,749.00 ** |
| Paid to Claims: | $9,121.49 | Current Monthly Payment: | $867.00 |
| Paid to Trustee: | $878.25 | Arrearages: | $0.00 |
| Funds on Hand: | $837.26 | Total Plan Base: | $51,586.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**