| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-11689 / CMG**

Jose Ramon Rodriguez

Petition Filed Date: 01/31/2020
341 Hearing Date: 02/27/2020
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2021 | $867.00 | 74153460 | 03/01/2021 | $867.00 | 74811480 | 03/29/2021 | $867.00 | 75541020 |
| 05/03/2021 | $867.00 | 76372170 | 06/01/2021 | $867.00 | 77028900 | 07/06/2021 | $867.00 | 77875960 |
| 08/02/2021 | $867.00 | 78459400 | 08/30/2021 | $867.00 | 79074760 | 10/04/2021 | $867.00 | 79880240 |
| 11/01/2021 | $867.00 | 80475220 | 12/06/2021 | $867.00 | 81268050 | 01/03/2022 | $867.00 | 81779140 |
| 01/31/2022 | $867.00 | 82439150 | | | | | | |

**Total Receipts for the Period: $11,271.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,241.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose Ramon Rodriguez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paola D. Vera, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SHEFFIELD FINANCIAL<br>»» 2019 SUZUKI SUPERMOTO | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | TD RETAIL CARD SERVICES<br>»» RAYMOUR & FLANIGAN | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,653.92 | $734.13 | $4,919.79 |
| 4 | QUICKEN LOANS INC<br>»» P/662 ELIZABETH ST/1ST MTG | Mortgage Arrears | $232.15 | $232.15 | $0.00 |
| 5 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2017 NISSAN PATHFINDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | ROCKLOANS MARKETPLACE, LLC<br>»» CROSS RIVER BANK | Unsecured Creditors | $13,198.77 | $1,713.79 | $11,484.98 |
| 7 | EMERGENCY PHYSICIANS ASSOCIATES N. JERS | Unsecured Creditors | $869.00 | $107.78 | $761.22 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $12,168.14 | $1,579.97 | $10,588.17 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $24,164.58 | $3,137.64 | $21,026.94 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $27,044.17 | $3,511.53 | $23,532.64 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $11,419.96 | $1,482.82 | $9,937.14 |
| 12 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/GOOGLE | Unsecured Creditors | $388.00 | $48.13 | $339.87 |
| 13 | HSBC BANK USA, NA | Unsecured Creditors | $4,061.62 | $527.37 | $3,534.25 |

| | | | | | |
|---|---|---|---|---:|---:|---:|
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $8,490.90 | $1,102.50 | $7,388.40 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $2,334.81 | $289.60 | $2,045.21 |
| 16 | SYNCHRONY BANK<br>»»  PAYPAL CREDIT | Unsecured Creditors | $4,616.38 | $599.41 | $4,016.97 |
| 17 | SYNCHRONY BANK<br>»»  DISCOUNT TIRE | Unsecured Creditors | $918.18 | $113.88 | $804.30 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/JET BLUE | Unsecured Creditors | $21,298.64 | $2,765.51 | $18,533.13 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $21,241.00 | Plan Balance: | $30,345.00 ** |
| Paid to Claims: | $17,946.21 | Current Monthly Payment: | $867.00 |
| Paid to Trustee: | $1,680.24 | Arrearages: | $0.00 |
| Funds on Hand: | $1,614.55 | Total Plan Base: | $51,586.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.