| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-11689 / CMG**

Jose Ramon Rodriguez

Petition Filed Date: 01/31/2020
341 Hearing Date: 02/27/2020
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $867.00 | 81779140 | 01/31/2022 | $867.00 | 82439150 | 02/28/2022 | $867.00 | 82999350 |
| 03/28/2022 | $867.00 | 83620430 | 05/02/2022 | $867.00 | 84340770 | 05/31/2022 | $867.00 | 84923880 |
| 06/28/2022 | $867.00 | 85527510 | 08/03/2022 | $867.00 | 86280400 | 09/06/2022 | $867.00 | 86872420 |
| 10/04/2022 | $867.00 | 87386950 | 10/28/2022 | $867.00 | 87923230 | 12/02/2022 | $867.00 | 88604620 |
| 12/30/2022 | $867.00 | 89074880 | 01/27/2023 | $867.00 | 89612270 | 02/27/2023 | $867.00 | 90168730 |

**Total Receipts for the Period: $13,005.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,512.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose Ramon Rodriguez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paola D. Vera, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SHEFFIELD FINANCIAL<br>»»  2019 SUZUKI SUPERMOTO | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | TD RETAIL CARD SERVICES<br>»»  RAYMOUR & FLANIGAN | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,653.92 | $1,196.38 | $4,457.54 |
| 4 | QUICKEN LOANS INC<br>»»  P/662 ELIZABETH ST/1ST MTG | Mortgage Arrears | $232.15 | $232.15 | $0.00 |
| 5 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2017 NISSAN PATHFINDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | ROCKLOANS MARKETPLACE, LLC<br>»»  CROSS RIVER BANK | Unsecured Creditors | $13,198.77 | $2,792.90 | $10,405.87 |
| 7 | EMERGENCY PHYSICIANS ASSOCIATES N. JERS | Unsecured Creditors | $869.00 | $173.65 | $695.35 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $12,168.14 | $2,574.82 | $9,593.32 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $24,164.58 | $5,113.31 | $19,051.27 |
| 10 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $27,044.17 | $5,722.64 | $21,321.53 |
| 11 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $11,419.96 | $2,416.48 | $9,003.48 |
| 12 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SYNCHRONY/GOOGLE | Unsecured Creditors | $388.00 | $79.81 | $308.19 |
| 13 | HSBC BANK USA, NA | Unsecured Creditors | $4,061.62 | $859.46 | $3,202.16 |

**Chapter 13 Case No. 20-11689 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $8,490.90 | $1,796.68 | $6,694.22 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,334.81 | $480.32 | $1,854.49 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL CREDIT/SYNCHRONY | Unsecured Creditors | $4,616.38 | $976.84 | $3,639.54 |
| 17 | SYNCHRONY BANK<br>»» DISCOUNT TIRE | Unsecured Creditors | $918.18 | $183.48 | $734.70 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/JET BLUE | Unsecured Creditors | $21,298.64 | $4,506.86 | $16,791.78 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,512.00 | Plan Balance: | $19,074.00 ** |
| Paid to Claims: | $29,105.78 | Current Monthly Payment: | $867.00 |
| Paid to Trustee: | $2,564.57 | Arrearages: | $0.00 |
| Funds on Hand: | $841.65 | Total Plan Base: | $51,586.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.