| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 20-11689 / CMG**

Jose Ramon Rodriguez

Petition Filed Date: 01/31/2020
341 Hearing Date: 02/27/2020
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2023 | $867.00 | 89612270 | 02/27/2023 | $867.00 | 90168730 | 04/03/2023 | $867.00 | 90852560 |
| 04/28/2023 | $867.00 | 91325990 | 06/02/2023 | $867.00 | 92017310 | 07/03/2023 | $867.00 | 92455560 |
| 07/28/2023 | $867.00 | 92948820 | 09/01/2023 | $867.00 | 93580680 | 09/29/2023 | $867.00 | 94044380 |
| 10/27/2023 | $867.00 | 94514110 | 12/04/2023 | $867.00 | 95107370 | 12/29/2023 | $867.00 | 95536010 |

**Total Receipts for the Period: $10,404.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $41,182.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jose Ramon Rodriguez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paola D. Vera, Esq. <br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SHEFFIELD FINANCIAL <br>»»  2019 SUZUKI SUPERMOTO | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | TD RETAIL CARD SERVICES <br>»»  RAYMOUR & FLANIGAN | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,653.92 | $1,495.64 | $4,158.28 |
| 4 | QUICKEN LOANS INC <br>»»  P/662 ELIZABETH ST/1ST MTG | Mortgage Arrears | $232.15 | $232.15 | $0.00 |
| 5 | NISSAN MOTOR ACCEPTANCE CORP <br>»»  2017 NISSAN PATHFINDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | ROCKLOANS MARKETPLACE, LLC <br>»»  CROSS RIVER BANK | Unsecured Creditors | $13,198.77 | $3,491.52 | $9,707.25 |
| 7 | EMERGENCY PHYSICIANS ASSOCIATES N. JERS | Unsecured Creditors | $869.00 | $219.71 | $649.29 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $12,168.14 | $3,218.88 | $8,949.26 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $24,164.58 | $6,392.34 | $17,772.24 |
| 10 | LVNV FUNDING LLC <br>»»  CITIBANK | Unsecured Creditors | $27,044.17 | $7,154.09 | $19,890.08 |
| 11 | LVNV FUNDING LLC <br>»»  CITIBANK | Unsecured Creditors | $11,419.96 | $3,020.94 | $8,399.02 |
| 12 | JEFFERSON CAPITAL SYSTEMS, LLC <br>»»  SYNCHRONY/GOOGLE | Unsecured Creditors | $388.00 | $95.82 | $292.18 |
| 13 | HSBC BANK USA, NA | Unsecured Creditors | $4,061.62 | $1,074.43 | $2,987.19 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC <br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $8,490.90 | $2,246.10 | $6,244.80 |

**Chapter 13 Case No. 20-11689 / CMG**

| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $2,334.81 | $604.06 | $1,730.75 |
| --- | --- | --- | --- | --- | --- |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PAYPAL CREDIT/SYNCHRONY | Unsecured Creditors | $4,616.38 | $1,221.19 | $3,395.19 |
| 17 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»»  DISCOUNT TIRE | Unsecured Creditors | $918.18 | $232.14 | $686.04 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/JET BLUE | Unsecured Creditors | $21,298.64 | $5,634.20 | $15,664.44 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $41,182.00 | Plan Balance: | $10,404.00 ** |
| Paid to Claims: | $36,333.21 | Current Monthly Payment: | $867.00 |
| Paid to Trustee: | $3,217.39 | Arrearages: | $0.00 |
| Funds on Hand: | $1,631.40 | Total Plan Base: | $51,586.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.