Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  20−11689−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jose Ramon Rodriguez
  662 Elizabeth Street
  Perth Amboy, NJ 08861

Social Security No.:
  xxx−xx−4942

Employer's Tax I.D. No.:

_____

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: October 2, 2024
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-11689-CMG |
| Jose Ramon Rodriguez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 02, 2024 | Form ID: cscnodsc | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Ramon Rodriguez, 662 Elizabeth Street, Perth Amboy, NJ 08861-2834 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2024 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2024 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518690756 | + | Email/Text: smacknowski@msscuso.com | Oct 02 2024 21:06:00 | Aspire Federal Credit Union, Attn: Bankruptcy, 67 Walnut Ave, Ste 401, Clark, NJ 07066-1696 |
| 518690760 | | Email/Text: bankruptcy@bbandt.com | Oct 02 2024 21:05:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 518690758 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 02 2024 21:04:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518690757 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 02 2024 21:04:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518777279 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 02 2024 21:06:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518690759 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 02 2024 21:05:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518690762 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2024 21:25:38 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518690763 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2024 21:09:11 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518690764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2024 21:08:25 | Citibankna, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518761467 | | Email/Text: BNCnotices@dcmservices.com | Oct 02 2024 21:05:00 | Emergency Physician Associate N. Jersey PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518690765 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 02 2024 21:04:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 518800901 | ^ | MEBN | Oct 02 2024 21:00:55 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn:Business Services, Depew, NY 14043-2690 |
| 518800598 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 02 2024 21:06:00 | Jefferson Capital Systems LLC, Po Box 7999, |

|  |  |  |  | Saint Cloud Mn 56302-9617 |
|---|---|---|---|---|
| 518690761 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 02 2024 21:08:10 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518733366 | + | Email/Text: RASEBN@raslg.com | Oct 02 2024 21:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518792113 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2024 21:09:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518690766 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 02 2024 21:05:00 | Nissan Motor Acceptance, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 518751804 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 02 2024 21:05:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 519749425 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2024 21:08:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519749426 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2024 21:08:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518801596 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2024 21:08:43 | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 518801298 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2024 21:08:35 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518733548 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 02 2024 21:06:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518690767 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 02 2024 21:06:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518690768 | ^ | MEBN | Oct 02 2024 20:59:56 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518690769 | + | Email/Text: OpsEscalations@RocketLoans.com | Oct 02 2024 21:05:00 | Rocket loans, Attn: Bankruptcy, 1274 Library St, Detroit, MI 48226-2256 |
| 518701707 | | Email/Text: bankruptcy@bbandt.com | Oct 02 2024 21:06:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 518690772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2024 21:09:17 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518690770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2024 21:09:00 | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518690771 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2024 21:08:55 | Syncb/google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518801348 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 02 2024 21:08:15 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518690773 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2024 21:08:41 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518690774 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2024 21:09:11 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518720234 | + | Email/Text: tdebn@credbankserv.com | Oct 02 2024 21:05:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 36

# BYPASSED RECIPIENTS

District/off: 0312-3                  User: admin                     Page 3 of 3

Date Rcvd: Oct 02, 2024                 Form ID: cscnodsc                  Total Noticed: 38

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Paola D. Vera | on behalf of Debtor Jose Ramon Rodriguez pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5