| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Paola D. Vera, Esq.<br>Cabanillas & Associates, P.C<br>120 Bloomingdale Rd. Suite 400<br>White Plains, NY 10605<br><br>In Re:<br>Jose Ramon Rodriguez | Case No.: 20-11689<br>Chapter: 13<br>Adv. No.:<br>Hearing Date:<br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, __Cecilia Mendoza__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Paola D. Vera, Esq.__, who represents __Jose Ramon Rodriguez__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __04/16/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Reopen

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 04/16/2025                    /s/Cecilia Mendoza
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jose Ramon Rodriguez<br>662 Elizabeth Street, Apt. 1Fl<br>Perth Amboy, NJ 08861 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aspire Federal Credit Union<br>Attn: Bankrutpcy<br>67 Walnut Avenue<br>Ste. 401<br>Clark, NJ 07066 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>Attn: Bankruptcy<br>PO Box 982238<br>El Paso, TX 79998 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barclays Bank Delaware<br>Attn: Correspondence<br>PO Box 8801<br>Wilmington, DE 19899 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BB&T<br>Attn: Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>PO Box 790034<br>St. Louis, MO 63179 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankrutpcy<br>PO Box 790034<br>St. Louis, MO 63179 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibankna<br>Centralized Bankruptcy<br>PO Box 790034<br>St. Louis, MO 63179 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| HSBC Bank<br>Attn: Bankruptcy<br>PO Box 2013<br>Buffalo, NY 14240 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Loans<br>Attn: Bankruptcy<br>PO Box 660366<br>Dallas, TX 75266 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Raymour & Flanigan<br>Attn: Bankruptcy<br>PO Box 130<br>Liverpool, NY 13088 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rocket Loans<br>Attn: Bankruptcy<br>1274 Library Street<br>Detroit, MI 48226 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Syncb/ccdstr<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Syncb/google<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Syncb/PPC<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*