UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paola D. Vera, Esq.
Cabanillas & Associates, PC
120 Bloomingdale Rd. Suite 400
White Plains, NY 10605

In Re:

Jose Ramon Rodriguez

Case No.: _____20-11689_____

Hearing Date: _____5/21/25_____

Judge: _____CMG_____

Chapter: _____13_____

Recommended Local Form:        ☒  Followed        ☐  Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

Upon the motion of _____Paola D. Vera, Esq._____, and
for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❑  A Trustee shall be appointed.

   ❑  A Trustee shall not be appointed.

3. ❑  An amendment to the schedule(s) noted in the underlying motion shall be
   filed within 14 days of the date of this order.  If the amendment is not filed, the
   case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility.  The case
   may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who
entered an appearance on this motion.

*Rev. 5/1/2019*

2