UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Cabanillas & Associates, PC
Paola D. Vera, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

Jose Ramon Rodriguez,

    Debtor(s).

Case No.:20-11689

Hearing Date:5/21/25
Chapter: 13
Judge: Hon. Christine M. Gravelle

### DEBTOR'S CERTIFICATION IN SUPPORT OF MOTION TO REOPEN

1. I am Jose Ramon Rodriguez I make this Certification in Support of Debtor's Motion seeking reinstatement of my chapter 13 case.

2. The factual statements contained herein are true and correct to the best of my knowledge. As to those statements, which are alleged upon information and belief, I believe them to be true.

3. I filed my voluntary Chapter 13 petition with the Clerk of this Court on, January 31, 2020.

4. Albert Russo was appointed in this matter and is noticed on this motion pursuant to F.R.B.P. 1007(a)(5). A 341 hearing was conducted by the Chapter 13 Trustee on, February 27, 2020.

5. My Chapter 13 plan was confirmed, on April 1, 2020.

{03204615 /1 }

6. I completed all my plan payments on July 5, 2024.

7. In order for me to receive my discharge the Certification of Discharge was to have been filed by the deadline of September 30, 2024.

8. Due to an administrative oversight the Certification was not filed timely and my Chapter 13 case was closed without discharge on October 9, 2024.

9. Because the failure to timely file the Certification of Discharge was inadvertent and not done willfully, I respectfully request that my case be reopened. In support of this request, attached as <u>Exhibit A</u> is the signed Certification of Discharge.

Dated:  Union City, New Jersey
        May 7, 2025

                                                                                *Jose Ramon Rodriguez*
                                                                                Jose Ramon Rodriguez

{03204615 /1 }