| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Paola D. Vera, Esq.<br>Cabanillas & Associates, PC<br>120 Bloomingdale Rd. Suite 400<br>White Plains, NY 10605 | **Order Filed on May 21, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Jose Ramon Rodriguez | Case No.: 20-11689<br>Hearing Date: 5/21/25<br>Judge: CMG<br>Chapter: 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: May 21, 2025**

*Christine M. Gravelle* (signature)
Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of _____Paola D. Vera, Esq._____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐  A Trustee shall be appointed.

   ☒  A Trustee shall not be appointed.

3. ☐  An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __15__ days for closing eligibility.  The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*