UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paola D. Vera, Esq.
Cabanillas & Associates, PC
120 Bloomingdale Rd. Suite 400
White Plains, NY 10605

Order Filed on May 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Jose Ramon Rodriguez

| | |
|---|---|
| Case No.: | 20-11689 |
| Hearing Date: | 5/21/25 |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: May 21, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of _____Paola D. Vera, Esq._____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐  A Trustee shall be appointed.

   ☒  A Trustee shall not be appointed.

3. ☐  An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __15__ days for closing eligibility.  The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-11689-CMG
Jose Ramon Rodriguez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1
Date Rcvd: May 21, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Ramon Rodriguez, 662 Elizabeth Street, Perth Amboy, NJ 08861-2834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Paola D. Vera | on behalf of Debtor Jose Ramon Rodriguez pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5